## 33218. BELL v. BELL.
## 33219. BELL v. CHURCH.

PER CURIAM.

The time for filing briefs in these cases as extended on the request of appellant has passed, and no briefs have been filed. The time for requesting oral argument has passed and no such request was made. Therefore, the enumerations of error are not supported by citation of authority or argument and are deemed to have been abandoned. Rule of the Supreme Court 18 (c) (2), 235 Ga. 876 (1975). The judgment therefore is affirmed.

*Judgment affirmed. All the Justices concur.*

SUBMITTED JANUARY 27, 1978 — DECIDED FEBRUARY 7, 1978.

Roy C. Bell, *pro se.*
*Glenn H. Strother,* for Bell.
*Mark Kadish,* for Church.